## Hunt Estate.

Argued September 29, 1971. Before JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Daniel J. Beggy,* with him *Mansmann, Beggy, Mc-Verry & Baxter,* for appellant.

*Michael Georgalas,* for appellee.

Opinion Per Curiam, December 20, 1971:

Decree affirmed; costs on appellant.

Mr. Chief Justice Bell and Mr. Justice Roberts took no part in the consideration or decision of this case.